IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:21CR222 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| **JESSICA GILES,** | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

    This matter is before the court on the defendant's Unopposed Motion to Continue Trial [17]. Counsel needs additional time to negotiate a resolution short of trial. For good cause shown,

    **IT IS ORDERED** that the Unopposed Motion to Continue Trial [17] is granted as follows:

1. The jury trial, now set for November 2, 2021, is continued to **January 4, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and January 4, 2022,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

    **DATED: October 18, 2021.**

                                                                                        **BY THE COURT:**

                                                                                      **s/ Michael D. Nelson**
                                                                                      **United States Magistrate Judge**